Dr. Greg **BATTERSBY**, Plaintiff–Appellant,

v.

Dr. Joseph **CAREW**, in his individual and official capacities; Dr. Richard Heavner, in his individual and official capacities; Dr. Brian Hughes, in his individual and official capacities; Dr. Jeanne McDaniel–Green, in her individual and official capacities; Dr. John McGinnis, in his individual and official capacities; Dr. David Mruz, in his individual and official capacities; Dr. Ralph Roles, in his individual and official capacities; Dr. Harvey Garcia, in his individual and official capacities; E.J. Mercer, in his individual and official capacities; John Does 1–10, Defendants–Appellees.

No. 14–1937.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 24, 2015.

Decided: May 5, 2015.

Bruce Fein, Bruce Fein & Associates, Inc., Washington, D.C.; Donald L. Smith, Anderson, SC, for Appellant. Eugene H. Matthews, Richardson Plowden & Robinson, P.A., Columbia, SC, for Appellees.

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dr. Greg Battersby appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint by granting summary judgment for Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Battersby v. Carew,* No. 8:14–cv–00761–HMH (D.S.C. Aug. 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*